SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>     Plaintiff,<br><br>  vs.<br><br>Kuldeep Singh, et al<br><br>     Defendants | Case No. **2:11-cv-00202-GEB-EFB**<br><br>**PROPOSED ORDER RE: STIPULATION FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 4, 2011.

Dated: August 17, 2011

GARLAND E. BURRELL, JR.
United States District Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00202-GEB-EFB- 1