IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kuldeep Singh, Individually and d/b/a Rodeway Inn; Kuldeep Singh Mand; Deepak Mand,<br><br>　　　　Defendants.<br>_____ | 2:11-cv-00202-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

　　　　Plaintiff filed a "Request for Additional Time to File Dispositional Documents" on October 4, 2011, in which he requests an extension until October 24, 2011 to file a dispositional document in this case. (ECF No. 19.)

　　　　Therefore, a dispositional document shall be filed no later than October 24, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on October 17, 2011, is continued to November 14, 2011, commencing at 9:00

1

1  a.m., in the event no dispositional document is filed, or if this action
2  is not otherwise dismissed.[1] A joint status report shall be filed
3  fourteen (14) days prior to the Status Conference.
4          IT IS SO ORDERED.
5  Dated:  October 6, 2011

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2